## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**LEON HAYES**                                                                    **PLAINTIFF**

**VERSUS**                                    CIVIL ACTION NO.: **3:18-cv-00465-DPJ-JCG**

**Correction Officer Shelley Griffith,**                  **DEFENDANTS**
*et al.*

### ORDER APPOINTING COUNSEL

The above-captioned cause comes before the Court via Plaintiff's Motion to Appoint Counsel [17]. The Court approved Plaintiff's request for appointment of counsel in its Text Only Order entered 6/17/2019.

Accordingly, **IT IS HEREBY ORDERED** that Daniel M. Waide of the law firm Johnson, Ratliff & Waide, PLLC, 1300 Hardy Street, 2nd Floor, Hattiesburg, MS 39401, (601) 582-4553 is appointed to represent Plaintiff in this matter. The Clerk of Court shall provide a complete copy of the court file to Plaintiff's appointed counsel at no cost.

**IT IS FURTHER ORDERED** that Plaintiff's appointed counsel shall have until August 1, 2019 to file an amended complaint.

**SO ORDERED**, this the 17th day of June, 2019.

s/ *John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE